IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.                           :

      v.                              :        CIVIL ACTION NO. 15-3643

DOUGLAS RAE, et al.                 :

**ORDER**

AND NOW, this 1st day of OCTOBER, 2015, the motion of the United States to intervene and to stay civil discovery is GRANTED. The parties to this matter are to cease taking discovery in the above-captioned matter until further order of the Court. It is further ordered that plaintiff's service obligation is hereby tolled until further order of the Court.

BY THE COURT:

_____
HONORABLE Jeffrey L. Schmehl
Judge, United States District Court