AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| QVC, Inc. <br> *Plaintiff* <br> v. <br> Douglas Rae, et al. <br> *Defendant* | ) ) ) ) ) | Civil Action No. 15-CV-3643 |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shanna L. Peterson, Esq. Saul Ewing LLP
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __01/21/2016__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 2/4/16

_____
Signature of the attorney or unrepresented party
Iris Bennett
*Printed name*

John Hodde
*Printed name of party waiving service of summons*

Smith Pachter McWhorter PLC
8000 Towers Crescent Drive Ste 900
Tysons Corner VA 22182
*Address*
ibennett@smithpachter.com
*E-mail address*
703 839-8120
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| QVC, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-3643 |
| Douglas Rae et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shanna L. Peterson, Saul Ewing LLP
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 01/13/2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1·23·16

Douglas Rae
*Printed name of party waiving service of summons*

Signature of the attorney or unrepresented party

John J. Waldron
*Printed name*

801 Hamilton Street, Suite 500
Allentown, PA 18101
*Address*

Jwaldron@hwwfirm.com
*E-mail address*

(610) 435-9790
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| QVC, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-3643 |
| Douglas Rae et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shanna L. Peterson, Saul Ewing LLP
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___01/13/2016___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1·23·16

_____
*Signature of the attorney or unrepresented party*

John J. Waldron
*Printed name*

Cathy Rae
*Printed name of party waiving service of summons*

801 Hamilton Street, Suite 500
Allentown, PA 18101
*Address*

Jwaldron@hwwfirm.com
*E-mail address*

(610) 435-9790
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| QVC, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-3643 |
| Douglas Rae et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: <u>Shanna L. Peterson, Saul Ewing LLP</u>
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>01/13/2016</u>, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1·23·16

<u>Lighting Equipment Sales and Service, Inc.</u>
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

John J. Waldron
*Printed name*

801 Hamilton Street, Suite 500
Allentown, PA 18101
*Address*

Jwaldron@hwwfirm.com
*E-mail address*

(610) 435-9790
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| QVC, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-3643 |
| Douglas Rae et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: <u>Shanna L. Peterson, Saul Ewing LLP</u>
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>   01/13/2016   </u>, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: <u>1 · 23 · 16</u>

    <u>Lighting Products International, Inc.</u>
    *Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

<u>John J. Waldron</u>
*Printed name*

<u>801 Hamilton Street, Suite 500
Allentown, PA 18101</u>
*Address*

<u>Jwaldron@hwwfirm.com</u>
*E-mail address*

<u>(610) 435-9790</u>
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| QVC, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-3643 |
| Dougals Rae, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shanna L. Peterson, Saul Ewing LLP
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    01/27/2016   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 2/26/2016

Michael Keppler
*Printed name of party waiving service of summons*

Ralph A. Jacobs
*Signature of the attorney or unrepresented party*

RALPH A. JACOBS, ESQ
*Printed name*

1525 LOCUST ST, 12th Fl.
PHILADELPHIA, PA 19102
*Address*

rjacobs@rjesq.com
*E-mail address*

215-732-2654
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| QVC, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-3643 |
| Dougals Rae, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shanna L. Peterson, Saul Ewing LLP
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 01/27/2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 2/26/2016

*Signature of the attorney or unrepresented party*

RALPH A. JACOBS ESQ.
*Printed name*

1525 Locust ST, 12th FL.
Philadelphia PA 19102
*Address*

rjacobs@rjesq.com
*E-mail address*

215-732-2654
*Telephone number*

Michael Keppler, Keppler Engineers LLC
*Printed name of party waiving service of summons*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

QVC, Inc., et. al., Plaintiff(s)
vs.
Douglas Rae, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 138386-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Barbizon Capitol, Inc., c/o Corporation Service Company
Court Case No. 15-3643

SAUL EWING
Ms. Suzanne Laumakis
1200 Liberty Ridge Dr, Ste. 200
Wayne, PA 19087

State of: Virginia ) ss.
City of: Richmond )

**Name of Server:** BENJAMIN G HANSON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11th day of January, 2016, at 1150 o'clock A M

**Place of Service:** at Bank of America Center, 16th Floor, 1111 East Main St., in Richmond, VA 23219

**Documents Served:** the undersigned served the documents described as:
Summons; Civil Cover Sheets; Disclosure Statement; Designation form; Case Management Designation Order; Stipulation

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Barbizon Capitol, Inc., c/o Corporation Service Company, Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Dustin Kline Agent of Corporation Service Company

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair Some
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 150 lbs.

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Benjamin B. Hanson*
Signature of Server

Subscribed and sworn to before me this 11th day of January, 2016

*Linda H. Hanson*
Notary Public (Commission Expires) 4/30/18

[Notary Seal: LINDA HILBUSH HANSON, NOTARY PUBLIC, REG # 144128, MY COMMISSION EXPIRES 4/30/2018, COMMONWEALTH OF VIRGINIA]

APS International, Ltd.