## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. | : |
|        Plaintiff, | : |
|   v. | : CIVIL ACTION NO. |
| | : 5:15-cv-03643-JLS |
| DOUGLAS RAE, et al. | : |
|        Defendants. | : |

### **NOTICE OF APPEARANCE**

Kindly enter my appearance in the above-captioned civil action on behalf of Plaintiff QVC Inc.

 

Respectfully submitted,

SAUL EWING LLP

/s/ Amy S. Kline_____
Amy S. Kline
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2186
*Attorney for Plaintiff QVC, INC.*

Date:  February 15, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via ECF and First Class Mail upon the following:

Denise S. Wolf, Esq.
Nancy E. Potts, Esq.
U.S. Attorney's Office
615 S. Chestnut Street, Suite 1250
Philadelphia, PA  19106

Michael Keppler
171 Claremont Road
Ridgewood, NJ 07450

Keppler Engineers, LLC
171 Claremont Road
Ridgewood, NJ 07450

Douglas S. Rae
5563 Daisy Lane
Coopersburg, PA  18036

Cathy Rae
5563 Daisy Lane
Coopersburg, PA  18036

John Hodde
6437-G General Green Way
Alexandria, VA  22312

Lighting Equipment Sales and Service, Inc.
1336 Turner Street
Allentown, PA  18102

Barbizon Capitol, Inc.
6437-G General Green Way
Alexandria, VA 22312

Lighting Products International, Inc.
1336 Turner Street
Allentown, PA  18102

          /s/Amy S. Kline
          Amy S. Kline

Date:  February 15, 2017