IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., | : |
|        Plaintiff | : |
| | : NO.: 5:15-cv-03643 (JLS) |
| v. | : |
| DOUGLAS RAE and | : |
| CATHY RAE and | : |
| LIGHTING EQUIPMENT SALES AND | : |
|   SERVICE, INC. and | : |
| LIGHTING PRODUCTS | : |
|   INTERNATIONAL, INC. and | : |
| MICHAEL KEPPLER and | : |
| KEPPLER ENGINEERS, LLC and | : |
| JOHN HODDE and | : |
| BARBIZON CAPITOL, INC. and | : |
| JOHN DOES 1-50, | : |
|        Defendants | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

    Please enter my appearance on behalf of Defendant, Cathy Rae, <u>only</u> in the above-captioned case.

                                      Respectfully submitted,

                                      LAW OFFICES OF KEVIN T. FOGERTY

Date: March 28, 2017                By: _____
                                             Kevin T. Fogerty, Esquire

Counsel for Defendant,
Cathy Rae

Mill Run Office Center
1275 Glenlivet Drive, Suite 150
Allentown, PA 18106
Phone 610-366-0950
Fax 610-366-0950
E-Mail kfogerty@fogertylaw.com
PA Supreme Court I. D. No. 36667

## CERTIFICATE OF SERVICE

I, Kevin T. Fogerty, Esquire, counsel for Defendant, Cathy Rae, in this proceeding, hereby state and certify that on Tuesday, March 28, 2017, I served, in the manner indicated below, a true and correct copy of this ENTRY OF APPEARANCE, upon the following:

**By ECF notification and via e-mail:**

Amy S. Kline, Esquire
SAUL EWING, LLP
1200 Liberty Ridge Dr., Suite 200
Wayne, PA 19087
e-mail: akline@saul.com
*Attorney for QVC, Inc., Plaintiff*

Nathaniel Metz, Esquire
SAUL EWING, LLP
1200 Liberty Ridge Dr., Suite 200
Wayne, PA 19087
e-mail: nmetz@saul.com
*Attorney for QVC, Inc., Plaintiff*

Denise S. Wolf, Esquire
U.S. ATTORNEY'S OFFICE
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
e-mail: denise.wolf@usdoj.gov
*Attorney for United States of America, Intervenor Plaintiff*

**By U.S. First Class Mail:**

Douglas Rae
3689 Fire Lane
Bethlehem, PA 18015

Lighting Equipment Sales and Service, Inc.
1336 Turner Street
Allentown, PA 18102

Lighting Products International, Inc.
1336 Turner Street
Allentown, PA 18102

Michael Keppler
171 Claremont Road
Ridgewood, New Jersey 07450

Keppler Engineers, LLC
171 Claremont Road
Ridgewood, New Jersey 07450

John Hodde
6437-G General Green Way
Alexandria, Virginia 22312

Barbizon Capitol, Inc.
6437-G General Green Way
Alexandria, Virginia 22312

Date:  March 28, 2017

_____
Kevin T. Fogerty, Esquire