IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA : CIVIL ACTION
:
v. : NO. 15-cv-3643
:
DOUGLAS RAE, et al. :

# O R D E R

**AND NOW,** this 18th day of October, 2017, it is hereby **ORDERED** that the request of the plaintiff for entry of default against defendant John Hodde is **DENIED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**