IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS S. RAE, *et al*.<br><br>Defendants. | CIVIL ACTION<br>NO. 15-3643 |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)
AS TO DEFENDANT JOHN HODDE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Travelers Casualty and Surety Company of America and Defendant John Hodde hereby stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 13th day of August, 2018.

| | |
|---|---|
| /s/ *Amy S. Kline*<br>Amy S. Kline, Esquire<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1500 Market Street<br>Centre Square West, 38th Floor<br>Philadelphia, PA 19102<br>Tel: (215) 972-8567<br>Fax: (215) 972-1943<br>Amy.Kline@saul.com<br>**Attorneys for Plaintiff** | /s/ *William R. Spade, Jr.*<br>William R. Spade, Jr., Esquire<br>LAW OFFICES OF WILLIAM SPADE<br>1525 Locust Street<br>Suite 1400<br>Philadelphia, PA 19102<br>Tel: (215) 260-9590<br>will@spadelaw.com<br>mailto:JMiller@tuanolona.com<br>**Attorneys for Defendant John Hodde** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 15-3643 |
| DOUGLAS S. RAE, *et al*. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Amy S. Kline, Esquire, hereby certify that on this 13th day of August 2018, I did cause a true and correct copy of the foregoing **Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) as to Defendant John Hodde** to be served, in the manner set forth below upon the following counsel of record:

*via* **ECF and U.S. Mail**

*Counsel for Defendants Douglas Rae,
Lighting Equipment Sales and Service, Inc. and
Lighting Products, Inc.*:

John J. Griffin, Esquire
Law Office of John J. Griffin
239 S Camac Street
Philadelphia, PA 19107

*Counsel for defendant John Hodde:*

William R. Spade, Jr., Esquire
The Law Offices of William Spade
1525 Locust Street, Suite 1400
Philadelphia, PA 19102

*Counsel for Defendant Barbizon Capitol, Inc.:*

> Jonathan Miller, Esquire
> 100 Overlook Center, 2nd Floor
> Princeton, NJ 08540

*Counsel for Defendants Michael Keppler
and Keppler Engineers, LLC:*

> Ralph A. Jacobs, Esquire
> Jacobs, Kivitz and Drake, LLC
> 1525 Locust Street, 12th Floor
> Philadelphia, PA 19102

***via* U.S. Mail**

*Counsel for Intervenor Plaintiff
United States of America:*

> Denise S. Wolf, Esquire
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106-4476

/s/ *Amy S. Kline*
AMY S. KLINE